UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| In re: | § | Case No. 3:19-BK-12918-CJF |
|---|---|---|
| | § | |
| SCOTT R THEEL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Brenda L. Zeddun, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $32,000.00 | Assets Exempt: | $18,730.00 |
| Total Distributions to Claimants: | $197,104.18 | Claims Discharged Without Payment: | $58,130.55 |
| Total Expenses of Administration: | $32,823.77 | | |

3) Total gross receipts of $280,081.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $50,153.90 (see **Exhibit 2),** yielded net receipts of $229,927.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $228,248.00 | $379,328.14 | $379,328.14 | $184,907.48 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $32,823.77 | $32,823.77 | $32,823.77 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $22,528.02 | $19,672.85 | $19,672.85 | $12,196.70 |
| General Unsecured Claims (from **Exhibit 7**) | $24,942.77 | $17,708.11 | $17,708.11 | $0.00 |
| **Total Disbursements** | $275,718.79 | $449,532.87 | $449,532.87 | $229,927.95 |

4). This case was originally filed under chapter 7 on 08/29/2019. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2022     By: /s/ Brenda L. Zeddun
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 34 Braeburn Way Evansville WI 53536-0000 | 1110-000 | $280,081.85 |
| **TOTAL GROSS RECEIPTS** | | **$280,081.85** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Scott Theel | Exemptions | 8100-002 | $13,750.00 |
| Half of net proceeds to Heather Theel pursuant to Court Order | Funds to Third Parties | 8500-002 | $36,403.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$50,153.90** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | The Park Bank | 4110-000 | $192,310.00 | $194,420.66 | $194,420.66 | $0.00 |
| | Payoff of First Mortgage Loan to Park Bank | 4110-000 | $0.00 | $184,907.48 | $184,907.48 | $184,907.48 |
| | Advia Credit Union | 4110-000 | $18,189.00 | $0.00 | $0.00 | $0.00 |
| | Harley Davidson Financial | 4110-000 | $17,749.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$228,248.00** | **$379,328.14** | **$379,328.14** | **$184,907.48** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brenda L. Zeddun, Trustee | 2100-000 | NA | $8,000.00 | $8,000.00 | $8,000.00 |
| Brenda L. Zeddun, Trustee | 2200-000 | NA | $7.55 | $7.55 | $7.55 |
| Assessment Letter to Land Title & Closing | 2500-000 | NA | $60.00 | $60.00 | $60.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Services LLC | | | | | |
| Deed and Transfer Preparation to Perry J. Armstrong | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Fed Ex Fee to Land Title & Closing Services, LLC | 2500-000 | NA | $90.00 | $90.00 | $90.00 |
| Owner's Title Insurance to Land Title & Closing Services LLC | 2500-000 | NA | $1,090.00 | $1,090.00 | $1,090.00 |
| Recording Fees to Register of Deeds or Land Title | 2500-000 | NA | $40.00 | $40.00 | $40.00 |
| Water & Light Bill to Evansville Water & Light | 2500-000 | NA | $221.84 | $221.84 | $221.84 |
| WI Transfer Tax to Register of Deeds or Land Title | 2500-000 | NA | $840.00 | $840.00 | $840.00 |
| Independent Bank | 2600-000 | NA | $350.31 | $350.31 | $350.31 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| County Taxes 01/01/2020 - 07/17/2020 | 2820-000 | NA | $3,124.72 | $3,124.72 | $3,124.72 |
| RE/MAX Preferred Real Estate Commission (Buyer's realtor) | 2990-000 | NA | $8,400.00 | $8,400.00 | $8,400.00 |
| Brenda L. Zeddun, Attorney for Trustee | 3110-000 | NA | $1,540.00 | $1,540.00 | $1,540.00 |
| Brenda L. Zeddun, Attorney for Trustee | 3120-000 | NA | $209.35 | $209.35 | $209.35 |
| Stark Real Estate Real Estate Commission (Trustee's realtor: Mark Pawlowsky), Realtor for Trustee | 3510-000 | NA | $8,400.00 | $8,400.00 | $8,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $32,823.77 | $32,823.77 | $32,823.77 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Heather Theel | 5100-000 | $1,400.00 | $1,400.00 | $1,400.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | IRS - Centralized Insolvency Operation | 5800-000 | $0.00 | $13,692.39 | $13,692.39 | $8,090.29 |
| 8 | Wisconsin Department of Revenue | 5800-000 | $7,284.94 | $4,580.46 | $4,580.46 | $2,706.41 |
|  | CLERK, U.S. BANKRUPTCY COURT | 5100-001 | $0.00 | $0.00 | $0.00 | $1,400.00 |
|  | IRS - Centralized Insolvency Operation | 5800-000 | $13,843.08 | $0.00 | $0.00 | $0.00 |
|  | Rock County Child Support | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$22,528.02** | **$19,672.85** | **$19,672.85** | **$12,196.70** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | $3,772.56 | $3,656.06 | $3,656.06 | $0.00 |
| 3 | Advia Credit Union | 7100-000 | $0.00 | $9,359.39 | $9,359.39 | $0.00 |
| 4 | Advia Credit Union | 7100-000 | $971.00 | $1,007.77 | $1,007.77 | $0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $1,096.00 | $1,144.22 | $1,144.22 | $0.00 |
| 6a | IRS - Centralized Insolvency Operation | 7100-000 | $0.00 | $428.80 | $428.80 | $0.00 |
| 8a | Wisconsin Department of Revenue | 7100-000 | $0.00 | $2,111.87 | $2,111.87 | $0.00 |
|  | North Star | 7100-000 | $140.00 | $0.00 | $0.00 | $0.00 |
|  | Portfolio Recovery | 7100-000 | $7,639.00 | $0.00 | $0.00 | $0.00 |
|  | The Park Bank | 7100-000 | $6.00 | $0.00 | $0.00 | $0.00 |
|  | Unity Point Health-Meriter Medical Group | 7100-000 | $1,416.21 | $0.00 | $0.00 | $0.00 |
|  | World's Foremost Bank | 7100-000 | $9,902.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$24,942.77** | **$17,708.11** | **$17,708.11** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 19-12918-CJF | Trustee Name: | Brenda L. Zeddun |
| Case Name: | THEEL, SCOTT R | Date Filed (f) or Converted (c): | 08/29/2019 (f) |
| For the Period Ending: | 4/21/2022 | §341(a) Meeting Date: | 09/23/2019 |
| | | Claims Bar Date: | 07/06/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 34 Braeburn Way Evansville WI 53536-0000 | $129,270.00 | $22,572.05 | | $280,081.85 | FA |
| 2 | Make: Subaru Model: Impreza Year: 2017 Mileage: 60,000 | $15,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2018 Harley Davidson Fatboy Mileage: 14,000 | $17,000.00 | $0.00 | | $0.00 | FA |
| 4 | Couch-$250; Table-$25; Entertainment Stand-$100; Beds-$200; Dresser-$50; Microwave-$50; Tools-$100; Power Tools -$300 | $1,075.00 | $0.00 | | $0.00 | FA |
| 5 | TV-$200; Computer-$350; Printer-$100; Cell Phones-$1000; Gaming Consoles-$175 | $1,825.00 | $0.00 | | $0.00 | FA |
| 6 | Baseball Cards; Comic Books; Packer Stuff | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 3 Rifles; Shotgun; | $800.00 | $0.00 | | $0.00 | FA |
| 8 | Clothes | $550.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry | $80.00 | $0.00 | | $0.00 | FA |
| 10 | 1 Dogs | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $50.00 | $0.00 | | $0.00 | FA |
| 12 | checking Park Bank | $100.00 | $0.00 | | $0.00 | FA |
| 13 | Thrivent Financial - term life insurance - no cash value ; Beneficiary: child | $0.00 | $0.00 | | $0.00 | FA |
| 14 | term life insurance through work - no cash value ; Beneficiary: child | $0.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)

| | $166,250.00 | $22,572.05 | | $280,081.85 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**
Order approving compensation filed. Checks and distribution letters mailed to claimants 9/23/21. Await zero balance bank account. File TDR.

Initial Projected Date Of Final Report (TFR): 08/29/2021  Current Projected Date Of Final Report (TFR): 08/29/2021

/s/ BRENDA L. ZEDDUN
BRENDA L. ZEDDUN

FORM 2

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-12918-CJF | | Trustee Name: | Brenda L. Zeddun |
|---|---|---|---|---|
| Case Name: | THEEL, SCOTT R | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6827 | | Checking Acct #: | ******2918 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/29/2019 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 4/21/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2020 | | Land Title & Closing Services LLC | Net closing proceeds; 34 Braeburn Way, Evansville, WI. Pursuant to Order Approving Sale dated 6/26/20. | * | $36,403.91 | | $36,403.91 |
| | {1} | | Gross Proceeds                $280,000.00 | 1110-000 | | | $36,403.91 |
| | {1} | | Credit of Refuse 07/15/20-12/31/20        $81.85 | 1110-000 | | | $36,403.91 |
| | | | County Taxes 01/01/2020 - 07/17/2020        $(3,124.72) | 2820-000 | | | $36,403.91 |
| | | | Deed and Transfer Preparation to Perry J. Armstrong        $(100.00) | 2500-000 | | | $36,403.91 |
| | | | Fed Ex Fee to Land Title & Closing Services, LLC        $(90.00) | 2500-000 | | | $36,403.91 |
| | | | Owner's Title Insurance to Land Title & Closing Services LLC        $(1,090.00) | 2500-000 | | | $36,403.91 |
| | | | Assessment Letter to Land Title & Closing Services LLC        $(60.00) | 2500-000 | | | $36,403.91 |
| | | | Stark Real Estate Real Estate Commission (Trustee's realtor: Mark Pawlowsky)        $(8,400.00) | 3510-000 | | | $36,403.91 |
| | | | RE/MAX Preferred Real Estate Commission (Buyer's realtor)        $(8,400.00) | 2990-000 | | | $36,403.91 |
| | | | Recording Fees to Register of Deeds or Land Title        $(40.00) | 2500-000 | | | $36,403.91 |
| | | | WI Transfer Tax to Register of Deeds or Land Title        $(840.00) | 2500-000 | | | $36,403.91 |
| | | | Payoff of First Mortgage Loan to Park Bank        $(184,907.48) | 4110-000 | | | $36,403.91 |
| | | | Water & Light Bill to Evansville Water & Light        $(221.84) | 2500-000 | | | $36,403.91 |
| | | | Half of net proceeds to Heather Theel pursuant to Court Order        $(36,403.90) | 8500-002 | | | $36,403.91 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $53.08 | $36,350.83 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $53.01 | $36,297.82 |
| 10/16/2020 | 101 | Scott Theel | Paid pursuant to Order Approving Distribution of Debtor's Exemption dated 10/6/20. | 8100-002 | | $13,750.00 | $22,547.82 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $48.09 | $22,499.73 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.81 | $22,466.92 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.76 | $22,434.16 |
| | | | **SUBTOTALS** | | $36,403.91 | $13,969.75 | |

FORM 2

Trustee No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-12918-CJF | | Trustee Name: | Brenda L. Zeddun |
|---|---|---|---|---|
| Case Name: | THEEL, SCOTT R | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6827 | | Checking Acct #: | ******2918 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/29/2019 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 4/21/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.71 | $22,401.45 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.66 | $22,368.79 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.62 | $22,336.17 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.57 | $22,303.60 |
| 09/23/2021 | 102 | Brenda L. Zeddun | Claim #: ; Distribution Dividend: 100.00; Account Number: | 3110-000 | | $1,540.00 | $20,763.60 |
| 09/23/2021 | 103 | Brenda L. Zeddun | Trustee Compensation | 2100-000 | | $8,000.00 | $12,763.60 |
| 09/23/2021 | 104 | Brenda L. Zeddun | Trustee Expenses | 2200-000 | | $7.55 | $12,756.05 |
| 09/23/2021 | 105 | Brenda L. Zeddun | Claim #: ; Distribution Dividend: 100.00; Account Number: | 3120-000 | | $209.35 | $12,546.70 |
| 09/23/2021 | 106 | United States Bankruptcy Court | Claim #: ; Distribution Dividend: 100.00; Account Number: | 2700-000 | | $350.00 | $12,196.70 |
| 09/23/2021 | 107 | Heather Theel | Claim #: 1; Distribution Dividend: 100.00; Account Number: | 5100-000 | | $1,400.00 | $10,796.70 |
| 09/23/2021 | 108 | Internal Revenue Service | Claim #: 6; Distribution Dividend: 59.09; Account Number: | 5800-000 | | $8,090.29 | $2,706.41 |
| 09/23/2021 | 109 | Wisconsin Department of Revenue | Claim #: 8; Distribution Dividend: 59.09; Account Number: | 5800-000 | | $2,706.41 | $0.00 |
| 03/03/2022 | 107 | STOP PAYMENT: Heather Theel | Claim #: 1; Distribution Dividend: 100.00; Account Number: | 5100-004 | | ($1,400.00) | $1,400.00 |
| 03/03/2022 | 110 | CLERK, U.S. BANKRUPTCY COURT | Claim #: 1; UNCLAIMED FUNDS. | 5100-001 | | $1,400.00 | $0.00 |
| | | | **TOTALS:** | | $36,403.91 | $36,403.91 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $36,403.91 | $36,403.91 | |
| | | | Less: Payments to debtors | | $0.00 | $13,750.00 | |
| | | | Net | | $36,403.91 | $22,653.91 | |

| For the period of  8/29/2019 to 4/21/2022 | | For the entire history of the account between 07/12/2020 to 4/21/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $280,081.85 | Total Compensable Receipts: | $280,081.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,081.85 | Total Comp/Non Comp Receipts: | $280,081.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $229,927.95 | Total Compensable Disbursements: | $229,927.95 |
| Total Non-Compensable Disbursements: | $50,153.90 | Total Non-Compensable Disbursements: | $50,153.90 |
| Total Comp/Non Comp  Disbursements: | $280,081.85 | Total Comp/Non Comp  Disbursements: | $280,081.85 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

Exhibit 9

| Case No. | 19-12918-CJF | Trustee Name: | Brenda L. Zeddun |
|---|---|---|---|
| Case Name: | THEEL, SCOTT R | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6827 | Checking Acct #: | ******2918 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/29/2019 | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 4/21/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $36,403.91 | $36,403.91 | $0.00 |

**For the period of 8/29/2019 to 4/21/2022**

| | |
|---|---|
| Total Compensable Receipts: | $280,081.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,081.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $229,927.95 |
| Total Non-Compensable Disbursements: | $50,153.90 |
| Total Comp/Non Comp Disbursements: | $280,081.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2019 to 4/21/2022**

| | |
|---|---|
| Total Compensable Receipts: | $280,081.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,081.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $229,927.95 |
| Total Non-Compensable Disbursements: | $50,153.90 |
| Total Comp/Non Comp Disbursements: | $280,081.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ BRENDA L. ZEDDUN

BRENDA L. ZEDDUN